**Marcos D. Oliva, PC**
223 W. Nolana
McAllen, TX  78504
(956)6837800
marcos@olivalawfirm.com
www.olivalawfirm.com

# INVOICE

**BILL TO**
Heberto Madrigal
2105 Turtle Lane
Mission, TX  78572

**INVOICE #** 2422
**DATE** 02/08/2017
**DUE DATE** 02/08/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Paralegal Hours** <br> 1/11/17: office visit with debtor; reviewed the motion to pay unclaimed funds to the court registry;  informed debtor that although the claim was scheduled, the creditor never filed a proof of claim; reviewed trustee to records to see if any other creditors needed claims filed; (JB) | 0.75 | 100.00 | 75.00 |
| **Paralegal Hours** <br> 1/11/17; drafted a proof of claim for Lack's and emailed attorney for review; (BR) | 0.50 | 100.00 | 50.00 |
| **Attorney Hours** <br> 1/11/17: Reviewed proof of claim prepared by paralegal; reviewed claims docket to confirm a claim had not been previously filed by creditor; reviewed motion filed by the Trustee; requested paralegal draft a response to the Trustee's motion for my review; (MDO) | 0.75 | 250.00 | 187.50 |
| **Paralegal Hours** <br> 1/11/17: Upon approval, prepared proof of claim for filing; logged into ecf and filed same with the Court;   Copy to creditor; (BR) | 0.50 | 100.00 | 50.00 |
| **Paralegal Hours** <br> 1/23/17: prepared draft of response to trustee's motion and forwarded to attorney for review; (JB) | 0.50 | 100.00 | 50.00 |
| **Attorney Hours** <br> 1/23/17; reviewed response to trustee's motion to to pay unclaimed funds to the court registry and advised paralegal to file same; (MD) | 0.25 | 250.00 | 62.50 |
| **Paralegal Hours** <br> 1/23/17; upon approval, prepared response for filing; logged into ecf and filed same with the Court; copies to creditor (JB) | 0.50 | 100.00 | 50.00 |
| **Attorney Hours** <br> 1/24/17: review trustee's withdrawal of her motion to pay unclaimed funds to the court registry; asked paralegal to notify debtor; (MDO) | 0.25 | 250.00 | 62.50 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Paralegal Hours**<br>2/8/17; prepare post confirmation fee application; (BR) | 0.50 | 100.00 | 50.00 |
| **Attorney Hours**<br>2/8/17: review and finalize final post confirmation fee application; (MDO) | 0.10 | 250.00 | 25.00 |
| Attorney:  Marcos D. Oliva; Rate: $250.00 | | | |
| Paralegal:  Belinda Ramos; Rate: $100.00 | | | |
| Paralegal; Janelle Blackwood; Rate: $100.00 | | | |

|  |  | BALANCE DUE | $662.50 |
|---|---|---|---|